Damages $5,000,000

December 8 2021

Jason Lavet Bethune
JASON LAVET BETHUNE
YOUR MAJESTY JAY MONEY MACKBEY

21-cv-2640 DSD/DTS

**RECEIVED**

DEC 08 2021

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

Scott Baker
919 Vermillion St
Hastings, MN 55033

**SCANNED**

DEC 09 2021

U.S. DISTRICT COURT ST. PAUL

Having been told of Mattew Schmidt
Actions of withholding evidence
and the fact that MR. Jason Lavet Bethune
was unhappy with his Ineffective counsel.
Scott Baker refused to Reassign case.
And made unwarrented comments about Mr. Jason
Lavet Bethune disability which is immorral
and illegal.
Caused Mr. Jason Lavet Bethune to fear for his
safety and Life.

ADA violations                    Ineffective counsel
with holding evidence      co-conspirator
Racial Intimidation          civil Rights violations
4th Amendment xviolations
13th Amendment violations   Assaut of disabled person
1st Amendment violations